Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/01/2018

CASE NO: 18-60311  DEBTOR: XXX-XX-3764
STATUS: COMP - 0.00%  BULGRIN, DEBORAH KAY  SCHEDULE: 1,403.18 MONTHLY

AKA:  9,066.68
DATE FILED: 02/23/2018  6360 PINEDALE STREET NE  ON SCHEDULE: 9,822.26
CONFIRMED: 05/03/2018  HARTVILLE, OH 44632  ACTUAL PAYMENTS: 9,066.68
AMOUNT BEHIND: 755.58

PERCENTAGE: .000  ATTORNEY: EDWIN BREYFOGLE ESQUIRE
  108 THIRD STREET NE
PLAN: 59 MONTHS

1st PAYMENT DUE: 03/2018  MASSILLON, OH 44646
Phone: 330 837-9735 Fax:

**DEBTOR PAYMENTS INTO PLAN**
(Date Payment Posted - Amount of Payment)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ( Mar 20, 2018 | 323.81 ) | ( Mar 26, 2018 | 323.81 ) | ( Apr 03, 2018 | 323.81 ) | ( Apr 10, 2018 | 323.81 ) | ( Apr 17, 2018 | 323.81 ) |
| ( Apr 24, 2018 | 323.81 ) | ( May 01, 2018 | 323.81 ) | ( May 08, 2018 | 323.81 ) | ( May 18, 2018 | 323.81 ) | ( May 22, 2018 | 323.81 ) |
| ( May 30, 2018 | 323.81 ) | ( Jun 05, 2018 | 323.81 ) | ( Jun 12, 2018 | 323.81 ) | ( Jun 19, 2018 | 323.81 ) | ( Jun 26, 2018 | 323.81 ) |
| ( Jul 06, 2018 | 323.81 ) | ( Jul 11, 2018 | 323.81 ) | ( Jul 18, 2018 | 323.81 ) | ( Jul 24, 2018 | 323.81 ) | ( Aug 01, 2018 | 323.81 ) |
| ( Aug 07, 2018 | 323.81 ) | ( Aug 14, 2018 | 323.81 ) | ( Aug 21, 2018 | 323.81 ) | ( Aug 28, 2018 | 323.81 ) | ( Sep 05, 2018 | 323.81 ) |
| ( Sep 12, 2018 | 323.81 ) | ( Sep 18, 2018 | 323.81 ) | ( Sep 25, 2018 | 323.81 ) | ( | ) | ( | ) |

Total payments received from February 23, 2018 to October 01, 2018: 9,066.68
Less Debtor payment adjustments: .00
Total payments applied to Plan: 9,066.68

DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 202121 | RISE | PRO | UNS | 0.00 | 0.00 | 1,779.00 | 0.00 | 0.00 | NOT FILED |
| | 152334 | SEVENTH AVENUE | PRO | UNS | 0.00 | 0.00 | 598.00 | 0.00 | 0.00 | NOT FILED |
| | 176794 | GINNYS | PRO | UNS | 0.00 | 0.00 | 698.00 | 0.00 | 0.00 | NOT FILED |

CLAIMS FILED

| CLAIM NO | CREDITOR NAME CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | CAVALRY SPV I, LLC. | PRO | UNS | .0000 | 0.00 0.00 | | 351.85 0.00 | 0.00 0.00 | 0.00 0.00 |
| 002 | THE HUNTNGTON NATIONAL BANK | PRO | UNS | .0000 | 0.00 0.00 | | 395.31 0.00 | 0.00 0.00 | 0.00 0.00 |
| 003 | COUNTRY DOOR | PRO | UNS | .0000 | 0.00 0.00 | | 664.48 0.00 | 0.00 0.00 | 0.00 0.00 |
| 004 | OHIO EDISON | PRO | UNS | .0000 | 0.00 0.00 | | 1,087.89 0.00 | 0.00 0.00 | 0.00 0.00 |
| 005-2 | K JORDAN | PRO | UNS | .0000 | 0.00 0.00 | | 218.57 0.00 | 0.00 0.00 | 0.00 0.00 |
| 006 | NATIONSTAR MORTGAGE LLC | FIX | SEC 100.0000 | | 891.64 0.00 | 09/2018 | Continuing Continuing | 7,133.12 0.00 | 891.64 0.00 |
| 006A | NATIONSTAR MORTGAGE LLC | PRO | SEC 100.0000 | | 0.00 0.00 | | 13,717.83 13,717.83 | 0.00 0.00 | 13,717.83 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES, L | PRO | UNS | .0000 | 0.00 0.00 | | 490.08 0.00 | 0.00 0.00 | 0.00 0.00 |
| 008 | HYUNDAI CAPITAL AMERICA Split Claim | PRO | UNS | .0000 | 0.00 0.00 | | 9,243.61 0.00 | 0.00 0.00 | 0.00 0.00 |
| 008 | HYUNDAI CAPITAL AMERICA crammed | FIX | SEC 100.0000 | 6.7500 02/23/2018 | 127.44 0.00 | 09/2018 | 5,400.00 5,400.00 | 805.30 214.22 | 4,594.70 25.85 |
| 009 | MERRICK BANK | PRO | UNS | .0000 | 0.00 0.00 | | 1,497.40 0.00 | 0.00 0.00 | 0.00 0.00 |
| 010 | LVNV FUNDING LLC | PRO | UNS | .0000 | 0.00 0.00 | | 735.01 0.00 | 0.00 0.00 | 0.00 0.00 |
| 700 | EDWIN BREYFOGLE ESQUIRE | PRO-A | ATY 100.0000 | | 0.00 0.00 | | 600.00 600.00 | 0.00 0.00 | 600.00 0.00 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/01/2018

CASE NO: 18-60311  DEBTOR: XXX-XX-3764
STATUS: COMP - 0.00%  BULGRIN, DEBORAH KAY  SCHEDULE: 1,403.18 MONTHLY

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 799 | EDWIN BREYFOGLE ESQUIRE | FIX | ATY 100.0000 | | 150.00 777.16 | 09/2018 | 1,225.00 1,225.00 | 223.92 0.00 | 1,001.08 0.00 |
| | Trustee Administrative Fees | | | | | | 680.12 | 680.12 | |
| | | | | TOTALS: | 1,169.08 777.16 | | 36,307.15 21,622.95 | 8,842.46 214.22 | 20,805.25 25.85 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 0.00 | 1,825.00 | 0.00 | 19,117.83 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 223.92 | 0.00 | 805.30 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,601.08 | 0.00 | 18,312.53 | 0.00 | 0.00 | DUE CREDITORS: | 20,831.10 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 25.85 | 0.00 | 0.00 | EXPECTED ADMIN: | 0.00 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 891.64 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 1,601.08 | 0.00 | 19,230.02 | 0.00 | 0.00 | APPROX BALANCE: | 20,821.10 |

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

THE COMMITMENT PERIOD OR THE NUMBER OF MONTHS YOU ARE REQUIRED TO PAY INTO YOUR PLAN IS DETERMINED AT CONFIRMATION. IF YOU HAVE NOT SATISFIED THE COMMITMENT PERIOD FOR YOUR CASE, THE BALANCE REFLECTS 100% OF THE CLAIMS FILED IN YOUR CASE.