IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:                                               CASE NO. 18-60311

DEBORAH KAY BULGRIN               CHAPTER 13

           Debtor                               JUDGE RUSS KENDIG

## MOTION TO DETERMINE LOAN CURRENT POST-PETITION AND OTHER RELIEF

1.       This Court has jurisdiction over the within matter pursuant to Title 28, U.S. Code, Sections 1334 and 157, and General Order No. 84 entered in this District on July 16, 1984.

2.       This matter is a core proceeding pursuant to Title 28, U.S. Code, Section 157.

3.       Movant is the Debtor in the within case.

4.       Respondent is the Servicer/Note holder of the first mortgage on the residence of the Debtor. Current payments are being made monthly by the Trustee, and the arrearage is being paid by the Trustee.

5.       The Trustee's Interim Report (attached hereto as Exhibit "A") shows the Debtor is current on post-petition payments.

6.       Despite this, the June 18, 2019 statement, (attached hereto as Exhibit "B") sent by Respondent shows a post-petition arrearage in the amount of $3,567.12.

7.       There is an increase of $273.78 for the May 20, 2019 statement attached hereto as Exhibit "C".

8.       A portion of the claimed post-petition arrearage is caused by an increase of the monthly payment on the statement to $920.42 from the Proof of Claim which indicated a monthly payment of $891.64. No Notice of Payment Change was filed with the Court, and no

justification or explanation for the increase has ever been given to the Debtor.

9. The June 18, 2019 statement indicated an escrow deficiency of $4,308.58. This is an increase of $695.70 from the Proof of Claim amount of $3,612.88. No explanation has been received.

10. The account history (attached hereto as Exhibit "D") shows unapplied funds of $1,368.46.

11. The real estate taxes are included in the escrow portion of the payment. Despite this, the taxes for the first half of 2018 were paid three moths late by the Respondent on May 8, 2019.

12. The issue of post-petition arrearage, if any, fees, charges, escrow shortages, application of unapplied funds, and the payment of real estate taxes must be resolved now to prevent administrative problems later in the case.

WHEREFORE, the Debtor requests the following Orders:

1. An Order determining the amount of the post-petition payment including escrow to Respondent.

2. An Order determining the Debtor to have made all post-petition payments.

3. If the correct post-petition payment is, in fact, higher than the amount set forth on the Proof of Claim, an Order adjusting the monthly payment to the creditor, and directing the shortfall to be paid by the Trustee.

4. An Order requiring Respondent to pay any and all penalties and/or late fees for the late payment of real estate taxes.

5. An Order determining and ordering proper application of unapplied funds.

/s/ Edwin H. Breyfogle
Edwin H. Breyfogle
Ohio Reg. No. 0000822
Attorney for Debtor
108 Third St NE
Massillon, OH 44646
(330) 837-9735
FAX (330) 837-8922
Email: edwinbreyfogle@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on 2nd day of July, 2019, a true and correct copy of the foregoing Motion to Determine was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

    *Dynele L. Schinker-Kuharich    dlsk@chapter13canton.com

A copy of the foregoing was sent by ordinary US mail on this 2nd day of July, 2019 to the following:

1. US Bank Trust National Association as Trustee
   c/o BSI Financial Services
   1425 Greenway Dr, Suite 400
   Irving, TX 75038

/s/ Edwin H. Breyfogle
Edwin H. Breyfogle
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:                                        CASE NO. 18-60311

DEBORAH KAY BULGRIN            CHAPTER 13

                                                JUDGE RUSS KENDIG

## **NOTICE OF MOTION**

Deborah Kay Bulgrin has filed papers to determine mortgage is current post-petition.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve this Motion, or if you want the Court to consider your views on the Motion, then on or before **July 23, 2019** you or your attorney must file an objection with the Clerk, United States Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave, SW, Canton, OH 44702.

If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

       Edwin H. Breyfogle, Attorney for Debtor, 108 Third St NE, Massillon, OH 44646

You must also attend the hearing scheduled to be held on **July 31, 2019 at 2:00 p.m.** in the United States Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, OH 44702.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 7/2/19                                                  /S/ Edwin H. Breyfogle
                                                                            Edwin H. Breyfogle
                                                                            Ohio Reg. No. 0000822
                                                                            Attorney for Debtor
                                                                            108 Third St NE
                                                                            Massillon, OH 44646
                                                                            (330) 837-9735

# Dynele L. Schinker-Kuharich
# INTERIM STATEMENT AS OF 07/02/2019

| | | | | | |
|---|---|---|---|---|---|
| CASE NO: 18-60311 | | DEBTOR | J DEBTOR: | SCHEDULE: | 1,403.18 MONTHLY |
| STATUS: COMP - 0.00% | | DEBORAH KAY BULGRIN | | TOTAL PAID: | 21,695.27 |
| 01/01/0001 | | AKA: | | | |

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 06/24/2019 | Barberton Steel | 323.81 |
| 06/17/2019 | Barberton Steel | 323.81 |
| 06/10/2019 | Barberton Steel | 323.81 |
| 06/05/2019 | Barberton Steel | 323.81 |
| 05/28/2019 | Barberton Steel | 323.81 |
| 05/21/2019 | BARBERTON STEEL | 323.81 |
| 05/13/2019 | BARBERTON STEEL | 323.81 |
| 05/06/2019 | BARBERTON STEEL | 323.81 |
| 04/29/2019 | BARBERTON STEEL | 323.81 |
| 04/22/2019 | BARBERTON STEEL | 323.81 |
| 04/15/2019 | BARBERTON STEEL | 323.81 |
| 04/08/2019 | BARBERTON STEEL | 323.81 |

| | | | |
|---|---|---|---|
| DATE FILED: | 2/23/2018 | | |
| CONFIRMED: | 5/3/2018 | ATTORNEY: | Edwin H. Breyfogle |
| MODIFIED: | 01/01/0001 | | |
| BAR DATE: | 5/4/2018 | Non-Government | |
| | 8/22/2018 | Government | |
| PERCENTAGE: | 0.00 | | |
| PLAN: | 59 | EMPLOYER: | BARBERTON STEEL |
| MONTHS TO PAYOFF: | (38 LEFT) | J EMPLOYER: | |
| MONTHS ON SCHEDULE: | (42 LEFT) | | |
| PAYMENTS DUE TO DATE: | 22,450.88 | | |
| ACTUAL PAYMENTS: | 21,695.27 | | |
| AMOUNT BEHIND: | 755.61 | | |

| CLAIM | CREDITOR NAME | DISB | CLASS PAY% | LAST DISB INT.RATE | FIX PAY ARREARS | ORG CLAIM INT BEGIN | APPROVED TO BE PAID | PRIN PAID INT PAID | PRIN DUE INT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | Ginny's | PRO | UNS 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed Not Filed |
| | RISE | PRO | UNS 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed Not Filed |
| | SEVENTH AVENUE | PRO | UNS 0.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed Not Filed |
| 001 | Cavalry SPV I, LLC | PRO | UNS 0.00 | 0.00 | 0.00 0.00 | 351.85 | 351.85 0.00 | 0.00 0.00 | 0.00 0.00 |
| 002 | The Huntington National Bank | PRO | UNS 0.00 | 0.00 | 0.00 0.00 | 395.31 | 395.31 0.00 | 0.00 0.00 | 0.00 0.00 |

Exhibit "A"

| # | Creditor | Type | Class | Date | Amount | Claim | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 003 | Country Door | PRO | UNS | | 0.00<br>0.00 | 664.48 | 664.48<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 004 | Ohio Edison | PRO | UNS | | 0.00<br>0.00 | 1,087.89 | 1,087.89<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 005-2 | K JORDAN | PRO | UNS | | 0.00<br>0.00 | 218.57 | 218.57<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 006 | US BANK TRUST N.A. | FIX | SEC<br>100.00 | 06/2019 | 891.64<br>0.00 | Continuing | Continuing<br>Continuing | 15,157.88<br>0.00 | Continuing<br>0.00 |
| 006A | US BANK TRUST N.A. | PRO | SEC<br>100.00 | 06/2019 | 243.90<br>2,608.02 | 13,717.83 | 13,717.83<br>13,717.83 | 1,538.28<br>0.00 | 12,179.55<br>0.00 |
| 007 | Portfolio Recovery Associates, LLC | PRO | UNS | | 0.00<br>0.00 | 490.08 | 490.08<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 008 | Hyundai Capital America *crammed* | FIX | SEC<br>100.00 | 06/2019<br>6.75 | 127.44<br>0.00 | 5,400.00<br>2/23/2018 | 5,400.00<br>5,400.00 | 1,740.49<br>425.99 | 3,659.51<br>20.58 |
| 008 | Hyundai Capital America *Split Claim* | PRO | UNS | | 0.00<br>0.00 | 9,243.61 | 9,243.61<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 009 | Merrick Bank | PRO | UNS | | 0.00<br>0.00 | 1,497.40 | 1,497.40<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 010 | LVNV Funding, LLC | PRO | UNS | | 0.00<br>0.00 | 735.01 | 735.01<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 |
| 700 | Edwin H. Breyfogle | PRO | ATY<br>100.00 | | 0.00<br>0.00 | 600.00 | 600.00<br>600.00 | 0.00<br>0.00 | 600.00<br>0.00 |
| 799 | Edwin H. Breyfogle | FIX | ATY<br>100.00 | 01/2019 | 150.00<br>0.00 | 1,825.00 | 1,225.00<br>1,225.00 | 1,225.00<br>0.00 | 0.00<br>0.00 |
| | Trustee Administrative Fees | | | | | | 1,597.63 | 1,597.63 | |
| | TOTALS | | | | 1,412.98<br>2,608.02 | 36,227.03 | 37,224.66<br>22,540.46 | 21,259.28<br>425.99 | 17,330.70<br>20.58 |

| | ADMIN | ATTY | SECURED | PRIORITY | UNSEC. | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 1,825.00 | 19,117.83 | 0.00 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,225.00 | 3,278.77 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 600.00 | 15,839.06 | 0.00 | 0.00 | 0.00 | DUE CREDITORS: | 17,351.28 |
| INTEREST DUE: | 0.00 | 0.00 | 20.58 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 951.21 |
| CONTINUING: | 0.00 | 0.00 | 891.64 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 600.00 | 16,751.28 | 0.00 | 0.00 | 0.00 | APPROX BALANCE: | 18,292.49 |
| 1st PAYMENT DUE: | 03/06/2018 | | ON SCHEDULE: | 22,450.88 | | | | |
| | | | ACTUAL PAYMENTS: | 21,695.27 | | | | |

# BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

123725-5.8 1 6126-1.1 1oz



EDWIN H. BREYFOGLE
RE: BRIAN F BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

# Mortgage Statement

STATEMENT DATE 06/18/19
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

| | |
|---|---|
| Account Number: | 1461512047 |
| Post-Petition Payment Date: | 06/01/19 |
| Post-Petition Payment Amount: | $920.42 |

This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $181.75 |
| Interest: | $374.84 |
| Escrow (Taxes and/or Insurance): | $363.83 |
| Regular Monthly Payment: | $920.42 |
| Total Fees and Other Charges: | $100.00 |
| Past Unpaid Post-Petition Amounts | $2,646.70 |
| Total Amount Owed Post-Petition | $3,567.12 |

## Account Information

| | | | |
|---|---|---|---|
| *Outstanding Principal: | $152,081.91 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-4,306.58 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity (05/20/19 to 06/18/19)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 05/21/19 | FC FEES | $-250.00 | $0.00 | $0.00 | $0.00 | $-250.00 | $0.00 |
| 06/05/19 | FC COSTS | $-100.00 | $0.00 | $0.00 | $0.00 | $-100.00 | $0.00 |
| 06/06/19 | Payment | $920.42 | $175.95 | $380.64 | $363.83 | $0.00 | $0.00 |
| 06/06/19 | Reversal | $-28.78 | $0.00 | $0.00 | $0.00 | $0.00 | $-28.78 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $175.95 | $1,049.12 |
| Interest | $380.64 | $2,290.42 |
| Escrow (Taxes and/or Insurance) | $363.83 | $2,182.98 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $-28.78 | $1,339.68 |
| Total | $891.64 | $6,862.20** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $0.00 | $850.96 | $1,045.52 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

## Important Messages

---

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

### BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: 1461512047
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH

EDWIN H. BREYFOGLE
RE: BRIAN F BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

Please write your loan number on your check and make payable to:
BSI FINANCIAL SERVICES

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

| | |
|---|---|
| Post-Petition Payment Date: | 06/01/19 |
| Post-Petition Payment Amount: | $920.42 |

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $_____
Additional Escrow: $_____

Total Amount Enclosed $_____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

1461512047 000013415681



Exhibit "B"

# Mortgage Statement

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

121986-2.3 1 1873-1.1  1oz

EDWIN H. BREYFOGLE
RE: BRIAN F BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

STATEMENT DATE: 05/20/19
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

**Account Number:** 1461512047
**Post-Petition Payment Date:** 05/01/19
**Post-Petition Payment Amount:** $920.42

*This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.*

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---:|
| Principal: | $181.30 |
| Interest: | $375.29 |
| Escrow (Taxes and/or Insurance): | $363.83 |
| **Regular Monthly Payment:** | **$920.42** |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $2,367.92 |
| **Total Amount Owed Post-Petition** | **$3,288.34** |

## Account Information

| | | | |
|---|---:|---|---:|
| *Outstanding Principal: | $152,257.86 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-4,670.41 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity (04/17/19 to 05/20/19)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.*

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---:|---:|---:|---:|---:|---:|
| 05/07/19 | Payment | $920.42 | $175.51 | $381.08 | $363.83 | $0.00 | $0.00 |
| 05/07/19 | Reversal | $-28.78 | $0.00 | $0.00 | $0.00 | $0.00 | $-28.78 |
| 05/07/19 | Payment | $179.00 | $0.00 | $0.00 | $0.00 | $0.00 | $179.00 |
| 05/08/19 | Tax Disbursement | $-1,128.03 | $0.00 | $0.00 | $-1,128.03 | $0.00 | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $175.51 | $873.17 |
| Interest | $381.08 | $1,909.78 |
| Escrow (Taxes and/or Insurance) | $363.83 | $1,819.15 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $150.22 | $1,368.46 |
| **Total** | **$1,070.64** | **$5,970.56**\*\* |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payment

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---:|---:|---:|
| $179.00 | $850.96 | $1,045.52 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

## Important Messages

Exhibit "C"

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**

| If your bankruptcy plan requires you | Payment Amount |
|---|---|



```
                                 1461512047


BSI Financial Services                                    PAGE         1
314 S Franklin St. / Second Floor                         DATE 05/13/19
PO Box 517
Titusville          PA 16354
                                             HISTORY FOR ACCOUNT 1461512047


          -------- MAIL -------------------- --------- PROPERTY ----------------

          BRIAN F BULGRIN
          DEBORAH K BULGRIN
          6360 PINEDALE ST NORTHEAST         6360 PINEDALE STREET NORTHEAST

          HARTVILLE            OH 44632      HARTVILLE                 OH 44632

         ------ DATES ------   ---- CURRENT BALANCES -----    ------- UNCOLLECTED -------
         PAID TO    05/01/18   PRINCIPAL      152257.86   LATE CHARGES         -55.64
         NEXT DUE   06/01/18   ESCROW          -4670.41   OPTIONAL INS           0.00
         LAST PMT   05/06/19   UNAPPLIED FUND   1368.46   INTEREST               0.00
         AUDIT DT   12/24/18   UNAPPLIED CODES      *     FEES                -1965.00
                               BUYDOWN    FUND     0.00   ------ YEAR TO DATE -------
         LAST ACTIVITY         BUYDOWN    CODE             INTEREST           1909.78
              05/08/19                                     TAXES              1128.03
         -----------------------------------------------------------------------------

         POST   TRN  DUE       TRANSACTION        PRINCIPAL       INTEREST         ESCROW
         DATE   CDE  DATE      AMOUNT             PAID            PAID             PAID
         ------ ---  ------    ---------------    -------------   -------------    -------------
         122418 AA   120117              .00               .00             .00        -3674.53
         122418 FB   120117           1818.00   80 AQ: FORECLOSURE FEES
         122418 FB   120117            133.50   85 AQ: PROPERTY INSP FEES
         122418 UI   120117              .00               .00             .00              .00
                            OPT PREMIUMS                  .00   LATE CHARGE PYMT       -55.64*
         122418 AA   120117              .00               .00             .00              .00
                            OPT PREMIUMS                  .00   LATE CHARGE PYMT       -55.64*
         010419 UFK  120117   UNAPPLIED FUNDS (3)              661.40   BALANCE       661.40
         010419 SR   120117            661.40              .00             .00              .00
         012219 FB   120117             13.50   40 EXPENSE ADVANCES
         013119 POS  030118   PAID    661.40 DUE      .00  OVER    -661.40 TELLER    3414
         013119 POS  030118   NO. OF PLAN PMTS=00
         013119 UF*  120117   UNAPPLIED FUNDS (2)              661.40   BALANCE       661.40
         013119 SR   120117            661.40              .00             .00              .00
         013119 UFK  120117   UNAPPLIED FUNDS (3)             -661.40   BALANCE         0.00
         013119 SR0  120117           -661.40              .00             .00              .00
         020419 UFK  120117   UNAPPLIED FUNDS (3)              891.64   BALANCE       891.64
         020419 SR   120117            891.64              .00             .00              .00
         021919 POS  030118   PAID    891.64 DUE  920.42  SHORT      28.78 TELLER    3309

                                          Page 1
```

Exhibit "D"

```
                              1461512047
021919 POS 030118    NO. OF PLAN PMTS=01
021919 RP  010118           920.42         173.76           382.83         363.83
021919 UF* 010118    UNAPPLIED FUNDS (2)                   -28.78  BALANCE        632.62
021919 SR0 010118           -28.78            .00              .00            .00
021919 UFK 010118    UNAPPLIED FUNDS (3)                  -891.64  BALANCE          0.00
021919 SR0 010118          -891.64            .00              .00            .00
021919 PRE 030118    PAID    313.96 DUE    284.40 OVER     -29.56 TELLER  3309
021919 PRE 030118    NO. OF PLAN PMTS=09

     OTH 6140♀
```

HISTORY FOR ACCOUNT  1461512047                                     PAGE      2
                                                                    DATE 05/13/19


           -------- MAIL -------------------- --------- PROPERTY ----------------

           BRIAN F BULGRIN
           DEBORAH K BULGRIN
           6360 PINEDALE ST NORTHEAST          6360 PINEDALE STREET NORTHEAST

           HARTVILLE              OH 44632     HARTVILLE                OH 44632

```
------------------------------------------------------------------------------
POST   TRN DUE     TRANSACTION     PRINCIPAL       INTEREST         ESCROW
DATE   CDE DATE    AMOUNT          PAID            PAID             PAID
------ --- ------  --------------- --------------- --------------- ---------------
021919 UF* 010118  UNAPPLIED FUNDS (2)                   313.96  BALANCE        946.58
021919 SR  010118           313.96            .00              .00            .00
021919 POS 040118  PAID    891.64 DUE    920.42 SHORT      28.78 TELLER  3309
021919 POS 040118  NO. OF PLAN PMTS=01
021919 RP  020118           920.42         174.20           382.39         363.83
021919 UF* 020118  UNAPPLIED FUNDS (2)                   -28.78  BALANCE        917.80
021919 SR0 020118           -28.78            .00              .00            .00
022219 AA  020118              .00            .00              .00            .00
030619 PRE 120118  PAID    179.00 DUE    189.60 SHORT      10.60 TELLER  3401
030619 PRE 120118  NO. OF PLAN PMTS=06
030619 UF* 020118  UNAPPLIED FUNDS (2)                   179.00  BALANCE       1096.80
030619 SR  020118           179.00            .00              .00            .00
030619 POS 020119  PAID    891.64 DUE    920.42 SHORT      28.78 TELLER  3401
030619 POS 020119  NO. OF PLAN PMTS=01
030619 RP  030118           920.42         174.63           381.96         363.83
030619 UF* 030118  UNAPPLIED FUNDS (2)                   -28.78  BALANCE       1068.02
030619 SR0 030118           -28.78            .00              .00            .00
032119 E20 030118         -1687.00  PAYEE = 4024.02629        .00        -1687.00
040819 POS 030119  PAID    891.64 DUE    920.42 SHORT      28.78 TELLER  3551
040819 POS 030119  NO. OF PLAN PMTS=01
040819 RP  040118           920.42         175.07           381.52         363.83
040819 UF* 040118  UNAPPLIED FUNDS (2)                   -28.78  BALANCE       1039.24
```

Page 2

18-60311-rk    Doc 35    FILED 07/02/19    ENTERED 07/02/19 11:53:15    Page 10 of 11

```
                         1461512047
040819 SR0 040118          -28.78          .00            .00           .00
040819 PRE 060119    PAID   179.00 DUE   189.60 SHORT     10.60 TELLER 3551
040819 PRE 060119    NO. OF PLAN PMTS=06
040819 UF* 040118    UNAPPLIED FUNDS (2)            179.00 BALANCE    1218.24
040819 SR  040118           179.00          .00            .00           .00
050719 POS 040119    PAID   891.64 DUE   920.42 SHORT     28.78 TELLER 3268
050719 POS 040119    NO. OF PLAN PMTS=01
050719 RP  050118           920.42       175.51         381.08        363.83
050719 UF* 050118    UNAPPLIED FUNDS (2)            -28.78 BALANCE    1189.46
050719 SR0 050118           -28.78          .00            .00           .00
050719 PRE 120119    PAID   179.00 DUE   158.00 OVER     -21.00 TELLER 3268
050719 PRE 120119    NO. OF PLAN PMTS=05
050719 UF* 050118    UNAPPLIED FUNDS (2)            179.00 BALANCE    1368.46
050719 SR  050118           179.00          .00            .00           .00

    OTH 6140♀
```

  HISTORY FOR ACCOUNT  1461512047                              PAGE     3
                                                               DATE 05/13/19

          --------- MAIL -------------------- --------- PROPERTY ----------------

          BRIAN F BULGRIN
          DEBORAH K BULGRIN
          6360 PINEDALE ST NORTHEAST          6360 PINEDALE STREET NORTHEAST

          HARTVILLE           OH 44632        HARTVILLE              OH 44632

```
  POST  TRN  DUE     TRANSACTION       PRINCIPAL        INTEREST         ESCROW
  DATE  CDE  DATE    AMOUNT            PAID             PAID             PAID
  ----  ---  ------  ---------------   -------------    -------------    -------------
  050819 M90 050118  -1128.03  PAYEE = 0076.00000            .00         -1128.03
```

  END OF HISTORY

     OTH 6140

Page 3

18-60311-rk    Doc 35    FILED 07/02/19    ENTERED 07/02/19 11:53:15    Page 11 of 11