IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DIVISION OF OHIO

IN RE:                                                   CASE NO. 18-60311

DEBORAH KAY BULGRIN                CHAPTER 13

            Debtor                                  JUDGE RUSS KENDIG

MOTION TO DETERMINE POST-PETITION
ESCROW BALANCE CURRENT

Comes now Debtor Deborah Kay Bulgrin, through counsel, and for her Motion states:

1. Payments are current post-petition in the within case.

2. Attached hereto are statements which have been received by the Debtor which show an ever increasing escrow balance during 2020 when the post-petition escrow balance has been paid through the Trustee's payments.

WHEREFORE, Debtor requests that this Court determine the post-petition balance for both payments and escrow amounts to be $0.00 and that she have such other and further relief that is just, necessary, and proper.

                                                         /s/ Edwin H. Breyfogle
                                                         Edwin H. Breyfogle
                                                         Ohio Reg. No. 0000822
                                                         Attorney for Debtor
                                                         108 Third St NE
                                                         Massillon, OH 44646
                                                         (330) 837-9735
                                                         FAX (330) 837-8922
                                                         Email: edwinbreyfogle@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on 10th day of September, 2020, a true and correct copy of the foregoing Motion was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

  *Dynele L. Schinker-Kuharich  dlsk@chapter13canton.com
  *Jon J. Lieberman       bankruptcy@sottileandbarile.com

A copy of the foregoing was sent by ordinary US mail on this 10th day of September, 2020 to the following:

1.  BSI Financial Services
   c/o Servis One Inc
   Statutory Agent
   1425 Greenway Dr, Suite 400
   Irving, CA 16354

                /S/ Edwin H. Breyfogle
                Edwin H. Breyfogle
                Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:                                          CASE NO. 18-60311

DEBORAH KAY BULGRIN                             CHAPTER 13

                                                JUDGE RUSS KENDIG

## NOTICE OF MOTION

The Debtor has filed a Motion to Determine Post-Petition Escrow Balance Current.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve this Motion, or if you want the Court to consider your views on the Motion, then on or before **September 24, 2020** you or your attorney must file an objection with the Clerk, United States Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave, SW, Canton, OH 44702.

If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

    Edwin H. Breyfogle, Attorney for Debtor, 108 Third St NE, Massillon, OH 44646

You must also attend the hearing scheduled to be held on **September 30, 2020 at 2:00 p.m.** in the United States Bankruptcy Court, Ralph Regula Federal Building, 401 McKinley Ave SW, Canton, OH 44702.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  8/28/20
                                                      /S/ Edwin H. Breyfogle
                                                      Edwin H. Breyfogle
                                                      Ohio Reg. No. 0000822
                                                      Attorney for Debtor
                                                      108 Third St NE
                                                      Massillon, OH 44646
                                                      (330) 837-9735

# BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

136528-5.8 1 6522-1.1 1oz

EDWIN H. BREYFOGLE
RE: DEBORAH K BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

## Mortgage Statement

STATEMENT DATE 01/17/20
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

### Account Number: 1461512047

| | |
|---|---|
| Post-Petition Payment Date: | 01/01/20 |
| Post-Petition Payment Amount: | $885.17 |

This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $184.95 |
| Interest: | $371.64 |
| Escrow (Taxes and/or Insurance): | $328.58 |
| Regular Monthly Payment: | $885.17 |
| Total Fees and Other Charges: | $13.50 |
| Past Unpaid Post-Petition Amounts | $651.30 |
| **Total Amount Owed Post-Petition** | **$1,536.47** ? |

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $149,935.93 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-1,529.13  ← WHY? | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity (12/19/19 to 01/17/20)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these Items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 01/08/20 | Payment | $891.64 | $180.84 | $375.75 | $335.05 | $0.00 | $0.00 |
| 01/08/20 | Reversal | $-6.47 | $0.00 | $0.00 | $0.00 | $0.00 | $-6.47 |
| 01/08/20 | Payment | $891.64 | $181.30 | $375.29 | $335.05 | $0.00 | $0.00 |
| 01/08/20 | Reversal | $-398.55 | $0.00 | $0.00 | $0.00 | $0.00 | $-398.55 |
| 01/17/20 | BKY INSPECTION | $-13.50 ← WHAT IS THIS? | $0.00 | $0.00 | $0.00 | $-13.50 ← WHY? | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $362.14 | $362.14 |
| Interest | $751.04 | $751.04 |
| Escrow (Taxes and/or Insurance) | $670.10 | $670.10 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $-405.02 | $-405.02 |
| Total | $1,378.26 | $1,378.26** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $493.09 | $3,649.78 | $9,575.09 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

### Important Messages

Go Green! Sign up for e-Statements!
View your billing statement online and protect the environment and your identity by going paperless.
Simply log into your online account: click on Account, then Documents!

Keep upper portion for your records. See reverse for important information.

## BSI Financial Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

141460-5.8 1 6668-1.1  1oz

EDWIN H. BREYFOGLE
RE: DEBORAH K BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

# Mortgage Statement
STATEMENT DATE: 04/17/20
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

| Account Number: | 1461512047 |
|---|---|
| Post-Petition Payment Date: | 04/01/20 |
| Post-Petition Payment Amount: | $885.17 |

This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $186.35 |
| Interest: | $370.24 |
| Escrow (Taxes and/or Insurance): | $328.58 |
| Regular Monthly Payment: | $885.17 |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $664.80 |
| Total Amount Owed Post-Petition | $1,549.97 |

### Account Information

| | | | |
|---|---|---|---|
| *Outstanding Principal: | $149,206.20 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-3,019.84 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (03/18/20 to 04/17/20)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 04/08/20 | Payment | $891.64 | $182.66 | $373.93 | $335.05 | $0.00 | $0.00 |
| 04/08/20 | Reversal | $-6.47 | $0.00 | $0.00 | $0.00 | $0.00 | $-6.47 |
| 04/08/20 | Payment | $891.64 | $183.12 | $373.47 | $335.05 | $0.00 | $0.00 |
| 04/08/20 | Reversal | $-398.55 | $0.00 | $0.00 | $0.00 | $0.00 | $-398.55 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $365.78 | $1,091.87 |
| Interest | $747.40 | $2,247.67 |
| Escrow (Taxes and/or Insurance) | $670.10 | $2,010.30 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $-405.02 | $-439.08 |
| Total | $1,378.26 | $4,910.76** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $493.09 | $4,526.77 | $8,698.10 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

### Important Messages

---

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: 1461512047
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH

EDWIN H. BREYFOGLE
RE: DEBORAH K BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

| | |
|---|---|
| Post-Petition Payment Date: | 04/01/20 |
| Post-Petition Payment Amount: | $885.17 |

*All amounts due must be paid in full before additional principal reduction can be made.

Additional Principal: $_____
Additional Escrow: $_____

Total Amount Enclosed  $_____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461512047 000007695165



**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

146221-3.4 1 4052-1.1 1oz

EDWIN H. BREYFOGLE
RE: DEBORAH K BULGRIN
108 3RD ST NE
MASSILLON OH 446465605

# Mortgage Statement

STATEMENT DATE: 07/20/20
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

| | |
|---|---|
| Account Number: | 1461512047 |
| Post-Petition Payment Date: | 07/01/20 |
| Post-Petition Payment Amount: | $885.17 |

ACH Status: Not Active

This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $187.75 |
| Interest: | $368.84 |
| Escrow (Taxes and/or Insurance): | $334.31 |
| Regular Monthly Payment: | $885.17 |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts: | $-1,663.70 |
| Total Amount Owed Post-Petition: | $-778.53 |

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $148,654.11 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-3,215.01 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity (06/18/20 to 07/20/20)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 06/22/20 | Tax Disbursement | $-1,180.91 | $0.00 | $0.00 | $-1,180.91 | $0.00 | $0.00 |
| 07/09/20 | Payment | $444.54 | $0.00 | $0.00 | $0.00 | $0.00 | $444.54 |
| 07/09/20 | Payment | $885.17 | $184.49 | $372.10 | $328.58 | $0.00 | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $184.49 | $1,643.96 |
| Interest | $372.10 | $3,365.35 |
| Escrow (Taxes and/or Insurance) | $328.58 | $2,996.04 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $444.54 | $311.68 |
| **Total** | $1,329.71 | $8,317.03** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $444.54 | $5,277.53 | $7,947.34 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

## Important Messages

# BSI Financial Services

314 S Franklin St. / Second Floor  
PO Box 517  
Titusville, PA 16354  
Customer Care: 800-327-7861  
https://myloanweb.com/BSI

147751-3.7 1 3958-1.1  1oz

EDWIN H. BREYFOGLE  
RE: DEBORAH K BULGRIN  
108 3RD ST NE  
MASSILLON OH 446465605

## Mortgage Statement

STATEMENT DATE  08/18/20  
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

| | |
|---|---|
| Account Number: | 1461512047 |
| Post-Petition Payment Date: | 09/01/20 |
| Post-Petition Payment Amount: | $890.90 |

ACH Status: Not Active  
This amount includes only your regular post-petition payment. It does not include any past unpaid amounts or Pre-Petition Arrearage, or any fees and charges.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal: | $188.22 |
| Interest: | $368.37 |
| Escrow (Taxes and/or Insurance): | $334.31 |
| Regular Monthly Payment: | $890.90 |
| Total Fees and Other Charges: | $0.00 |
| Past Unpaid Post-Petition Amounts | $-2,548.87 |
| Total Amount Owed Post-Petition | $-1,657.97 |

### Account Information

| | | | |
|---|---|---|---|
| *Outstanding Principal: | $148,283.74 | Total Deferred Balance: | $47,266.74 |
| Interest Rate (Until Maturity): | 3.00000% | Prepayment Penalty: | NO |
| Escrow Balance: | $-2,557.85 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (07/20/20 to 08/18/20)

*Fees and costs are being included in your transaction history and "Total Amount Owed Post-Petition" due to the fact that they have been incurred post-petition, however they are not due and owing until BSI files a Post-Petition Fee Notice, so you may withhold payment of these fees until such time as you receive a Post-Petition Fee Notice for these items.

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 07/28/20 | BKY INSPECTION | $-13.50 | $0.00 | $0.00 | $0.00 | $-13.50 | $0.00 |
| 08/13/20 | Payment | $885.17 | $184.95 | $371.64 | $328.58 | $0.00 | $0.00 |
| 08/13/20 | Reversal | $-737.79 | $0.00 | $0.00 | $0.00 | $0.00 | $-737.79 |
| 08/13/20 | Payment | $890.90 | $0.00 | $0.00 | $0.00 | $0.00 | $890.90 |
| 08/14/20 | Reversal | $-890.90 | $0.00 | $0.00 | $0.00 | $0.00 | $-890.90 |
| 08/14/20 | Payment | $885.17 | $185.42 | $371.17 | $328.58 | $0.00 | $0.00 |
| 08/14/20 | Payment | $5.73 | $0.00 | $0.00 | $0.00 | $0.00 | $5.73 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $370.37 | $2,014.33 |
| Interest | $742.81 | $4,108.16 |
| Escrow (Taxes and/or Insurance) | $657.16 | $3,653.20 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $-732.06 | $-420.38 |
| Total | $1,038.28 | $9,355.31** |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.  
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Pre-Petition Arrearage Payments

| Received from Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| $147.38 | $5,424.91 | $7,799.96 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. These payments are reflected in your transaction activity.

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy. This statement is being sent to you for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below. If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. If you are making post-petition payments directly to the Trustee, this statement may not accurately reflect the amount to be paid to the Trustee, and the transaction history only reflects payments received from the Trustee. Please contact the Trustee or your attorney if you have questions.

### Important Messages

---

Keep upper portion for your records. See reverse for important information.  
Please return this portion with your payment

## BSI Financial Services

314 S Franklin St. / Second Floor  
PO Box 517  
Titusville, PA 16354  
Customer Care: 800-327-7861  
https://myloanweb.com/BSI

Account Number: 1461512047  
Property Address: 6360 PINEDALE STREET NORTHEAST, HARTVILLE OH 44632

EDWIN H. BREYFOGLE  
RE: DEBORAH K BULGRIN  
108 3RD ST NE  
MASSILLON OH 446465605

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

| | |
|---|---|
| Post-Petition Payment Date: | 09/01/20 |
| Post-Petition Payment Amount: | $890.90 |

*All amounts due must be paid in full before additional principal reduction can be made.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| **Total Amount Enclosed** | $ |

BSI Financial Services  
PO BOX 679002  
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:  
**BSI FINANCIAL SERVICES**

1461512047  000006829229

1980



18-60311-rk    Doc 42    FILED 09/10/20    ENTERED 09/10/20 14:10:16    Page 7 of 7